IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHANNON L. HAWKINS                                                                      PLAINTIFF

V.                                    CASE NO. 3:08CV00124HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                 DEFENDANT

## ORDER

Pending before the Court is Plaintiff's Amended Motion for Extension of Time to File Brief. (DE #15)  In accordance with the scheduling ordered entered by the court, the brief in this matter is due by July 29, 2009.  Plaintiff, by and through his counsel, Robert Young, states that he has not received from Defendant a copy of the transcript and that the transcript is necessary for proper briefing of the case.  Counsel requests an extension until September 15, 2009, to file the brief and states that the Defendant has no objection to the extension of time being granted.  Counsel also requests the court to order that Defendant serve upon him by July 27, 2009, a copy of the transcript.

The court hereby grants Plaintiff's motion and orders that the Defendant serve upon counsel by certified mail a copy of the transcript to his address at Rhine, Rhine & Young, 120 North 2nd Street, Paragould, AR 72450 by July 27, 2009.  Plaintiff's brief is due by September 15, 2009.

IT IS SO ORDERED this 7th day of July, 2009.

_____
UNITED STATES MAGISTRATE JUDGE