IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHANNON L. HAWKINS                                              Plaintiff

v.                              3:08CV00124 JTK

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                        Defendant

### JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is reversed and remanded for action consistent with the opinion in this case. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and Melkonyan v. Sullivan, 501 U.S. 89 (1991).

IT IS SO ORDERED.

DATED this 22nd day of June, 2010.

_____
UNITED STATES MAGISTRATE JUDGE