IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHANNON L. HAWKINS                                              PLAINTIFF

v.                          3:08CV00124 JTK

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                         DEFENDANT

### ORDER

On June 22, 2010, the court entered an Order and Judgment reversing the decision of the Commissioner and remanding the case for further proceedings. Plaintiff has filed a motion for attorney's fees and expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.  He seeks compensation for 42.85 hours of work performed by his attorney at a rate of $175.02 per hour and for expenses in the amount of $52.46. The Commissioner filed a Response, stating that the parties have agreed to an attorney's fee award of $6,000, and that he does not object to the amount of expenses.[1]

Accordingly, the court grants Plaintiff compensation of $6,000 in attorney's fees.  The court also grants Plaintiff's request for expenses in the amount of $52.46.

IT IS THEREFORE ORDERED that Plaintiff is awarded attorney's fees in the amount of $6,000, together with expenses in the amount of $52.46, for a total of $6,052.46.  The Commissioner is directed to certify said award and pay Plaintiff's attorney in this amount.

SO ORDERED this 29th day of September, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The Commissioner provides that the expenses are in the amount of $52.26, but the Plaintiff's motion lists expenses at $52.46.